Maurice VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Special Counsel for Wendell Webster in*
*His Official Capacity as Chapter 7 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-378-ELG |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| WENDELL WEBSTER, in his official capacity as chapter 7 trustee and as assignee of Industrial Bank and Nationwide Mutual Insurance Company | ) | Adv. Case No. 25-10055-ELG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CFG MERCHANT SOLUTIONS, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**REQUEST TO DEFER FILING FEES**

Comes now Wendell Webster, in his official capacity as trustee ("Trustee") of the bankruptcy estate of Broughton Construction Co., LLC (the "Estate"), by and through his undersigned special counsel, and states as follows:

On December 14, 2025, the Trustee filed the above captioned adversary proceeding. There are no funds currently in the Estate. Title 28 of the United States Code addresses the fees that must

1

be filed in bankruptcy proceedings. *See* 28 U.S.C. § 1930. Yet the schedule of fees promulgated by the Judicial Conference of the United States, pursuant to the foregoing statutory provision, provides, *inter alia*:

> For filing a complaint, $350, except:
>
> • If the trustee or debtor-in-possession files the complaint, the fee must be paid only by the estate, to the extent there is an estate.

Bankruptcy Court Miscellaneous Fee Schedule, US Orders 2018-63, at ¶ 6 (2018).

Accordingly, it is appropriate to defer the payment of the filing fee for this adversary proceeding until as late as the approval of the Trustee's final report in the underlying main bankruptcy case of the Debtor.

Respectfully submitted,

Dated: January 3, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Special Counsel to Wendell Webster*
*In His Official Capacity as*
*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of January, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig