# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: Broughton Construction Co., LLC | CASE NO: 23-378 |
| Wendell Webster, | ADVERSARY CASE NO: 25-10055 |
| v. | **CERTIFICATE OF SERVICE** |
| CFG MERCHANT SOLUTIONS, LLC | **DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. 1 |

On 12/29/2025, I did cause a copy of the following documents, described below,

Complaint ECF Docket Reference No. 1

Summons 3

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider. A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 12/29/2025

/s/ Maurice VerStandig
Maurice VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV  89012
301 444 4600

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: Broughton Construction Co., LLC | CASE NO: 23-378 |
| | ADVERSARY CASE NO: 25-10055 |
| Wendell Webster, | **CERTIFICATE OF SERVICE** |
| v. | Chapter: 7 |
| CFG MERCHANT SOLUTIONS, LLC | ECF Docket Reference No. 1 |

On 12/29/2025, a copy of the following documents, described below,

Complaint ECF Docket Reference No. 1

Summons 3

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/29/2025

/s/ Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Maurice VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV  89012

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
FIRST CLASS                              FIRST CLASS

CFG MERCHANT SOLUTIONS, LLC              CFG MERCHANT SOLUTIONS, LLC
C/O CORPORATION SERVICE COMPANY          180 MAIDEN LANE
251 LITTLE FALLS DRIVE                   15TH FLOOR
WILMINGTON DE 19808                      NEW YORK NY 10038
```