The order below is hereby signed.

Signed: January 3 2026



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-378-ELG |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| WENDELL WEBSTER, in his official capacity as chapter 7 trustee and as assignee of Industrial Bank and Nationwide Mutual Insurance Company | ) | Adv. Case No. 25-10055-ELG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CFG MERCHANT SOLUTIONS, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER TO DEFER FILING FEES**

Upon consideration of the Request to Defer Filing Fees (the "Request") in the above-captioned adversary proceeding, and good cause being shown, it is, by the United States Bankruptcy Court for the District of Columbia, hereby,

ORDERED, that the Request is GRANTED, and it is further

ORDERED, that any obligation of the plaintiff in this adversary proceeding to pay the filing fee for this adversary proceeding is hereby DEFERRED until further order of this Court.


I ask for this:

/s/ Maurice B. VerStandig
Maurice VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Special Counsel for Wendell Webster in*
*His Official Capacity as Chapter 7 Trustee*