**CFG-000123**

## Chaney, Dakia

| | |
|---|---|
| **From:** | Pinal Patel <PPatel@CFGMS.com> |
| **Sent:** | Wednesday, February 11, 2026 3:40 PM |
| **To:** | Garrett Cahill |
| **Subject:** | Fw: [Cust Out Wire Advice - eMail] Message ID:190830101451H702 Advice Code:OTCSADEM |

### INV15137 Broughton Construction Company, LLC

**Pinal Patel**
**Sr. Associate**

PPatel@CFGMS.com
D: 646-346-2125 | F: 646-278-7322
32 Old Slip | Suite 600 | New York, NY 10005
www.cfgms.com





**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged.  The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited.  If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail.  It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

---

**From:** wire_room@firstrepublic.com <wire_room@firstrepublic.com>
**Sent:** Friday, August 30, 2019 1:15 PM
**To:** Pinal Patel <PPatel@CFGMS.com>
**Subject:** [Cust Out Wire Advice - eMail] Message ID:190830101451H702 Advice Code:OTCSADEM

From: First Republic Bk Wire Operations.

In accordance with your instructions, we have DEBITED your account: **********1529
for $98,201.00.  If you have any questions, please contact your banker.

Fed Reference #: 20190830L1B78H1C003465

Sender Bank Information:
    ABA #:   321081669
    Bank Name: First Republic Bk

Receiving Bank Information:

**CFG-000124**

ABA #:    022000046
Bank Name: MANUFACTURERS & TR

* * *

Originator Information:
    Name: CFG MERCHANT SOLUTIONS LLC

Beneficiary Information:
    Name:   Broughton Construction Company, LLC
    Acct #:  **********4250

* * *

Beneficiary Bank:

Originator to Beneficiary Info:

Bank to Bank information:

IMPORTANT NOTE:  You have just received an automatic wire notification from First Republic Bank.  Please do not reply to this email - First Republic Bank will not receive your message.

**CFG-000125**

## Chaney, Dakia

| | |
|---|---|
| **From:** | Pinal Patel <PPatel@CFGMS.com> |
| **Sent:** | Wednesday, February 11, 2026 3:41 PM |
| **To:** | Garrett Cahill |
| **Subject:** | Fw: [Cust Out Wire Advice - eMail] Message ID:190730124104H704 Advice Code:OTCSADEM |

### INV14365 Broughton Construction Company, LLC

**Pinal Patel**
**Sr. Associate**

PPatel@CFGMS.com
D: 646-346-2125 | F: 646-278-7322
32 Old Slip | Suite 600 | New York, NY 10005
www.cfgms.com





**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged.  The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited.  If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail.  It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

**From:** wire_room@firstrepublic.com <wire_room@firstrepublic.com>
**Sent:** Tuesday, July 30, 2019 4:55 PM
**To:** Pinal Patel <PPatel@CFGMS.com>
**Subject:** [Cust Out Wire Advice - eMail] Message ID:190730124104H704 Advice Code:OTCSADEM

From: First Republic Bk Wire Operations.

In accordance with your instructions, we have DEBITED your account: **********1529
for $102,568.00.  If you have any questions, please contact your banker.

Fed Reference #: 20190730L1B78H1C004840

Sender Bank Information:
ABA #:    321081669
Bank Name: First Republic Bk

Receiving Bank Information:

**CFG-000126**

ABA #:    054000959
Bank Name: INDUSTRIAL BANK

              \* \* \*

Originator Information:
    Name: CFG MERCHANT SOLUTIONS LLC

Beneficiary Information:
    Name:   Broughton Construction Company, LLC
    Acct #:  \*\*\*\*\*\*\*\*\*\*9611

              \* \* \*

Beneficiary Bank:

Originator to Beneficiary Info:

Bank to Bank information:

IMPORTANT NOTE:  You have just received an automatic wire notification from First Republic Bank.  Please do not reply to this email - First Republic Bank will not receive your message.

2

**CFG-000127**

**Chaney, Dakia**

---

| | |
|---|---|
| **From:** | Gigi Garcia <GGarcia@capflowfunding.com> |
| **Sent:** | Wednesday, February 11, 2026 4:43 PM |
| **To:** | Garrett Cahill |
| **Subject:** | Fw: [Cust Out Wire Advice - eMail] Message ID:190514124448H702 Advice Code:OTCSADEM |

**Gigi Garcia**
**Vice President, Finance**

GGarcia@capflowfunding.com
D: 646-880-6760 | F: 646-278-7322
32 Old Slip | Suite 600 | New York, NY 10005
65 Harristown Road | Suite 200 | Glen Rock, NJ 07452

www.cfgms.com                 www.capflowfunding.com

                 

                 

**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged. The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited. If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail. It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

---

**From:** wire_room@firstrepublic.com <wire_room@firstrepublic.com>
**Sent:** Tuesday, May 14, 2019 4:01 PM
**To:** Gigi Garcia <ggarcia@capflowfunding.com>
**Subject:** [Cust Out Wire Advice - eMail] Message ID:190514124448H702 Advice Code:OTCSADEM

From: First Republic Bk Wire Operations.


In accordance with your instructions, we have DEBITED your account: **********1529
for $71,721.00. If you have any questions, please contact your banker.


Fed Reference #: 20190514L1B78H1C003544


Sender Bank Information:
    ABA #:   321081669
    Bank Name: First Republic Bk

**CFG-000128**

Receiving Bank Information:
   ABA #:   054000959
   Bank Name: INDUSTRIAL BANK

      * * *

Originator Information:
   Name: CFG MERCHANT SOLUTIONS LLC

Beneficiary Information:
   Name:   Broughton Construction Company, LLC
   Acct #:  **********9611

      * * *

Beneficiary Bank:

Originator to Beneficiary Info:

Bank to Bank information:

IMPORTANT NOTE:  You have just received an automatic wire notification from First Republic Bank.  Please do not reply to this email - First Republic Bank will not receive your message.

2

**CFG-000129**

**Chaney, Dakia**

---

| | |
|---|---|
| **From:** | Pinal Patel <PPatel@CFGMS.com> |
| **Sent:** | Wednesday, July 19, 2023 2:09 PM |
| **To:** | Jessica Ratchford |
| **Subject:** | Fw: [Cust Out Wire Advice - eMail] |

**Pinal Patel**
**Sr. Financial Analyst**

PPatel@CFGMS.com
D: 646-346-2125 | F: 646-278-7322
180 Maiden Lane | 15th Floor | New York, NY 10038
www.cfgms.com





**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged.  The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited.  If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail.  It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

---

**From:** wireroom@firstrepublic.com <wireroom@firstrepublic.com>
**Sent:** Thursday, January 19, 2023 10:23 AM
**Subject:** [Cust Out Wire Advice - eMail]

In accordance with your instructions we have DEBITED your account: ********529 on 2023-01-19 for $276,421.00 .
If you have any questions please contact your banker.

Submit wire requests securely and conveniently with the mobile app. Open your app to get started.

Message ID: N01JA22562LX3PXK
Fed Reference: 20230119MMQFMPRN001938

Sending Bank Info:
ABA: 321081669
Bank Name: First Republic Bk

Receiving Bank:
ABA: 022000046
Bank Name: MANUFACTURERS & TRADERS TRUST CO

1

**CFG-000130**

Originator Info:
Name: CFG MERCHANT SOLUTIONS LLC

Beneficiary Info:
Name: BROUGHTON CONSTRUCTION COMPANY LLC
Acct #: *******250

Beneficiary Bank:

Originator to Beneficiary Info:

Bank to Bank Info:

Please do not reply to this email

## Chaney, Dakia

| | |
|---|---|
| **From:** | Pinal Patel <PPatel@CFGMS.com> |
| **Sent:** | Wednesday, February 11, 2026 3:39 PM |
| **To:** | Garrett Cahill |
| **Subject:** | Fw: [Cust Out Wire Advice - eMail] |

## INV19014 Broughton Construction Company, LLC

**Pinal Patel**
**Sr. Associate**

PPatel@CFGMS.com
D: 646-346-2125 | F: 646-278-7322
32 Old Slip | Suite 600 | New York, NY 10005
www.cfgms.com





**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged.  The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited.  If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail.  It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

**From:** wireroom@firstrepublic.com <wireroom@firstrepublic.com>
**Sent:** Tuesday, January 28, 2020 2:57 PM
**To:** Richard Polgar <RPolgar@capflowfunding.com>; Keith Christianson <KChristianson@CFGMS.com>; Kara Costa <KCosta@capflowfunding.com>; Kevin Garcia <KGarcia@CFGMS.com>; William Gallagher <wgallagher@capflowfunding.com>; Pinal Patel <PPatel@CFGMS.com>; Gigi Garcia <GGarcia@capflowfunding.com>; Patrick Connelly <PConnelly@CFGMS.com>; phopen@cfgms.com <phopen@cfgms.com>; Jack Reinhard <JReinhard@CFGMS.com>
**Subject:** [Cust Out Wire Advice - eMail]


In accordance with your instructions we have DEBITED your account: ********529 on 2020-01-28 for $492500.00 .
If you have any questions please contact your banker.


Message ID: K01SE5713KQ10V08
Fed Reference: 20200128MMQFMPRN002600

Sending Bank Info:

1

**CFG-000132**

ABA: 321081669
Bank Name: First Republic Bk

Receiving Bank:
ABA: 022000046
Bank Name: MANUFACTURERS & TRADERS TRUST CO

Originator Info:
Name: CFG MERCHANT SOLUTIONS LLC

Beneficiary Info:
Name: BROUGHTON CONSTRUCTION COMPANY LLC
Acct #: *******250

Beneficiary Bank:

Originator to Beneficiary Info:

Bank to Bank Info:

Please do not reply to this email

**CFG-000133**

## Chaney, Dakia

| | |
|---|---|
| **From:** | Pinal Patel <PPatel@CFGMS.com> |
| **Sent:** | Wednesday, February 11, 2026 3:37 PM |
| **To:** | Garrett Cahill |
| **Subject:** | Fw: [Cust Out Wire Advice - eMail] |

## INV24967 Broughton Construction Company, LLC

**Pinal Patel**
**Sr. Associate**

PPatel@CFGMS.com
D: 646-346-2125 | F: 646-278-7322
32 Old Slip | Suite 600 | New York, NY 10005
www.cfgms.com





**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged.  The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited.  If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail.  It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

---

**From:** wireroom@firstrepublic.com <wireroom@firstrepublic.com>
**Sent:** Thursday, December 31, 2020 11:51 AM
**Subject:** [Cust Out Wire Advice - eMail]

In accordance with your instructions we have DEBITED your account: ********529 on 2020-12-31 for $445,500.00 .
If you have any questions please contact your banker.

Message ID: K0CVB51209EZ1B0H
Fed Reference: 20201231MMQFMPRN005817

Sending Bank Info:
ABA: 321081669
Bank Name: First Republic Bk

Receiving Bank:

**CFG-000134**

ABA: 022000046
Bank Name: MANUFACTURERS & TRADERS TRUST CO

Originator Info:
Name: CFG MERCHANT SOLUTIONS LLC

Beneficiary Info:
Name: BROUGHTON CONSTRUCTION COMPANY LLC
Acct #: *******250

Beneficiary Bank:

Originator to Beneficiary Info:

Bank to Bank Info:

Please do not reply to this email

**CFG-000135**

## Chaney, Dakia

| | |
|---|---|
| **From:** | Pinal Patel <PPatel@CFGMS.com> |
| **Sent:** | Wednesday, February 11, 2026 3:35 PM |
| **To:** | Garrett Cahill |
| **Subject:** | Fw: [Cust Out Wire Advice - eMail] |

## INV29845 Broughton Construction Company, LLC

**Pinal Patel**
**Sr. Associate**

PPatel@CFGMS.com
D: 646-346-2125 | F: 646-278-7322
32 Old Slip | Suite 600 | New York, NY 10005
www.cfgms.com





**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged.  The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited.  If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail.  It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

---

**From:** wireroom@firstrepublic.com <wireroom@firstrepublic.com>
**Sent:** Friday, July 9, 2021 5:13 PM
**Subject:** [Cust Out Wire Advice - eMail]

In accordance with your instructions we have DEBITED your account: ********529 on 2021-07-09 for $495,500.00 .
If you have any questions please contact your banker.

Submit wire requests securely and conveniently with the mobile app. Open your app to get started.

Message ID: L079H13424FO3Y2U
Fed Reference: 20210709MMQFMPRN007819

Sending Bank Info:
ABA: 321081669
Bank Name: First Republic Bk

**CFG-000136**

Receiving Bank:
ABA: 022000046
Bank Name: MANUFACTURERS & TRADERS TRUST CO

Originator Info:
Name: CFG MERCHANT SOLUTIONS LLC

Beneficiary Info:
Name: BROUGHTON CONSTRUCTION COMPANY LLC
Acct #: *******250

Beneficiary Bank:

Originator to Beneficiary Info:

Bank to Bank Info:

Please do not reply to this email

**CFG-000137**

## Chaney, Dakia

| | |
|---|---|
| **From:** | Pinal Patel <PPatel@CFGMS.com> |
| **Sent:** | Wednesday, February 11, 2026 3:33 PM |
| **To:** | Garrett Cahill |
| **Subject:** | Fw: [Cust Out Wire Advice - eMail] |

## INV36766 Broughton Construction Company, LLC

**Pinal Patel**
**Sr. Associate**

PPatel@CFGMS.com
D: 646-346-2125 | F: 646-278-7322
32 Old Slip | Suite 600 | New York, NY 10005
www.cfgms.com





**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged.  The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited.  If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail.  It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

**From:** wireroom@firstrepublic.com <wireroom@firstrepublic.com>
**Sent:** Tuesday, February 15, 2022 3:00 PM
**Subject:** [Cust Out Wire Advice - eMail]

In accordance with your instructions we have DEBITED your account: ********529 on 2022-02-15 for $262,000.00 .
If you have any questions please contact your banker.

Submit wire requests securely and conveniently with the mobile app. Open your app to get started.

Message ID: M02FF0048PWP9A3U
Fed Reference: 20220215MMQFMPRN005157

Sending Bank Info:
ABA: 321081669
Bank Name: First Republic Bk

1

**CFG-000138**

Receiving Bank:
ABA: 022000046
Bank Name: MANUFACTURERS & TRADERS TRUST CO

Originator Info:
Name: CFG MERCHANT SOLUTIONS LLC

Beneficiary Info:
Name: BROUGHTON CONSTRUCTION COMPANY LLC
Acct #: *******250

Beneficiary Bank:

Originator to Beneficiary Info:

Bank to Bank Info:

Please do not reply to this email

**CFG-000139**

**Chaney, Dakia**

---

| | |
|---|---|
| **From:** | Pinal Patel <PPatel@CFGMS.com> |
| **Sent:** | Wednesday, February 11, 2026 3:31 PM |
| **To:** | Garrett Cahill |
| **Subject:** | Fw: [Cust Out Wire Advice - eMail] |

## INV38605 Broughton Construction Company, LLC

**Pinal Patel**
**Sr. Associate**

PPatel@CFGMS.com
D: 646-346-2125 | F: 646-278-7322
32 Old Slip | Suite 600 | New York, NY 10005
www.cfgms.com





**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged.  The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited.  If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail.  It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

---

**From:** wireroom@firstrepublic.com <wireroom@firstrepublic.com>
**Sent:** Thursday, April 7, 2022 5:25 PM
**Subject:** [Cust Out Wire Advice - eMail]


In accordance with your instructions we have DEBITED your account: ********529 on 2022-04-07 for $182,000.00 .
If you have any questions please contact your banker.

Submit wire requests securely and conveniently with the mobile app. Open your app to get started.


Message ID: M047H2518ADJC2T8
Fed Reference: 20220407MMQFMPRN007583

Sending Bank Info:
ABA: 321081669
Bank Name: First Republic Bk

**CFG-000140**

Receiving Bank:
ABA: 022000046
Bank Name: MANUFACTURERS & TRADERS TRUST CO

Originator Info:
Name: CFG MERCHANT SOLUTIONS LLC

Beneficiary Info:
Name: BROUGHTON CONSTRUCTION COMPANY LLC
Acct #: *******250

Beneficiary Bank:

Originator to Beneficiary Info:

Bank to Bank Info:

Please do not reply to this email

**CFG-000141**

**Chaney, Dakia**

---

| | |
|---|---|
| **From:** | Pinal Patel <PPatel@CFGMS.com> |
| **Sent:** | Wednesday, February 11, 2026 3:34 PM |
| **To:** | Garrett Cahill |
| **Subject:** | Fw: [Cust Out Wire Advice - eMail] |

### INV33604 Broughton Construction Company, LLC

**Pinal Patel**
**Sr. Associate**

PPatel@CFGMS.com
D: 646-346-2125 | F: 646-278-7322
32 Old Slip | Suite 600 | New York, NY 10005
www.cfgms.com





**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged. The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited. If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail. It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

---

**From:** wireroom@firstrepublic.com <wireroom@firstrepublic.com>
**Sent:** Friday, November 5, 2021 4:29 PM
**Subject:** [Cust Out Wire Advice - eMail]

In accordance with your instructions we have DEBITED your account: ********529 on 2021-11-05 for $297,000.00 .
If you have any questions please contact your banker.

Submit wire requests securely and conveniently with the mobile app. Open your app to get started.

Message ID: L0B5G2906L1VG7FZ
Fed Reference: 20211105MMQFMPRN007588

Sending Bank Info:
ABA: 321081669
Bank Name: First Republic Bk

**CFG-000142**

Receiving Bank:
ABA: 022000046
Bank Name: MANUFACTURERS & TRADERS TRUST CO

Originator Info:
Name: CFG MERCHANT SOLUTIONS LLC

Beneficiary Info:
Name: BROUGHTON CONSTRUCTION COMPANY LLC
Acct #: *******250

Beneficiary Bank:

Originator to Beneficiary Info:

Bank to Bank Info:

Please do not reply to this email

**CFG-000143**

**Chaney, Dakia**

---

| | |
|---|---|
| **From:** | Pinal Patel <PPatel@CFGMS.com> |
| **Sent:** | Wednesday, February 11, 2026 3:36 PM |
| **To:** | Garrett Cahill |
| **Subject:** | Fw: [Cust Out Wire Advice - eMail] |

### INV27546 Broughton Construction Company, LLC

**Pinal Patel**
**Sr. Associate**

PPatel@CFGMS.com
D: 646-346-2125 | F: 646-278-7322
32 Old Slip | Suite 600 | New York, NY 10005
www.cfgms.com





**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged.  The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited.  If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail.  It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

---

**From:** wireroom@firstrepublic.com <wireroom@firstrepublic.com>
**Sent:** Wednesday, April 21, 2021 3:30 PM
**Subject:** [Cust Out Wire Advice - eMail]


In accordance with your instructions we have DEBITED your account: ********529 on 2021-04-21 for $248,500.00 .
If you have any questions please contact your banker.

Submit wire requests securely and conveniently with the mobile app. Open your app to get started.


Message ID: L04LF3049QPV5C3N
Fed Reference: 20210421MMQFMPRN004287

Sending Bank Info:
ABA: 321081669
Bank Name: First Republic Bk

**CFG-000144**

Receiving Bank:
ABA: 022000046
Bank Name: MANUFACTURERS & TRADERS TRUST CO

Originator Info:
Name: CFG MERCHANT SOLUTIONS LLC

Beneficiary Info:
Name: BROUGHTON CONSTRUCTION COMPANY LLC
Acct #: *******250

Beneficiary Bank:

Originator to Beneficiary Info:

Bank to Bank Info:

Please do not reply to this email

2

**CFG-000145**

**Chaney, Dakia**

| | |
|---|---|
| **From:** | Pinal Patel <PPatel@CFGMS.com> |
| **Sent:** | Wednesday, February 11, 2026 3:38 PM |
| **To:** | Garrett Cahill |
| **Subject:** | Fw: [Cust Out Wire Advice - eMail] |

## INV20253 Broughton Construction Company, LLC

**Pinal Patel**
**Sr. Associate**

PPatel@CFGMS.com
D: 646-346-2125 | F: 646-278-7322
32 Old Slip | Suite 600 | New York, NY 10005
www.cfgms.com





**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged.  The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited.  If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail.  It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

**From:** wireroom@firstrepublic.com <wireroom@firstrepublic.com>
**Sent:** Friday, March 13, 2020 10:49 AM
**To:** Richard Polgar <RPolgar@capflowfunding.com>; Keith Christianson <KChristianson@CFGMS.com>; Kara Costa <KCosta@capflowfunding.com>; Kevin Garcia <KGarcia@CFGMS.com>; William Gallagher <wgallagher@capflowfunding.com>; Pinal Patel <PPatel@CFGMS.com>; Gigi Garcia <GGarcia@capflowfunding.com>; Patrick Connelly <PConnelly@CFGMS.com>; phopen@cfgms.com <phopen@cfgms.com>; Jack Reinhard <JReinhard@CFGMS.com>
**Subject:** [Cust Out Wire Advice - eMail]

In accordance with your instructions we have DEBITED your account: ********529 on 2020-03-13 for $148,025.00 .
If you have any questions please contact your banker.

Message ID: K03DA4851J3E0108
Fed Reference: 20200313MMQFMPRN001256

**CFG-000146**

Sending Bank Info:
ABA: 321081669
Bank Name: First Republic Bk

Receiving Bank:
ABA: 022000046
Bank Name: MANUFACTURERS & TRADERS TRUST CO

Originator Info:
Name: CFG MERCHANT SOLUTIONS LLC

Beneficiary Info:
Name: BROUGHTON CONSTRUCTION COMPANY, LLC
Acct #: *******250

Beneficiary Bank:

Originator to Beneficiary Info:

Bank to Bank Info:

Please do not reply to this email

**CFG-000147**

## Chaney, Dakia

| | |
|---|---|
| **From:** | Garrett Cahill <GCahill@CFGMS.com> |
| **Sent:** | Tuesday, August 2, 2022 5:49 PM |
| **To:** | Jeff Masucci (old); Joe Pascalino; Jonathan Finazzo |
| **Subject:** | FW: [Cust Out Wire Advice - eMail] |

**Garrett Cahill**
**Financial Analyst**

GCahill@CFGMS.com
D: (908) 514-2297
180 Maiden Lane | 15th Floor | New York, NY 10038
www.cfgms.com





**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged.  The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited.  If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail.  It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

**From:** wireroom@firstrepublic.com <wireroom@firstrepublic.com>
**Sent:** Tuesday, August 2, 2022 4:48 PM
**Subject:** [Cust Out Wire Advice - eMail]

In accordance with your instructions we have DEBITED your account: ********529 on 2022-08-02 for $501,421.00 .
If you have any questions please contact your banker.

Submit wire requests securely and conveniently with the mobile app. Open your app to get started.

Message ID: M082G4738KXAJ3ZP
Fed Reference: 20220802MMQFMPRN008090

Sending Bank Info:
ABA: 321081669
Bank Name: First Republic Bk

Receiving Bank:

**CFG-000148**

ABA: 022000046
Bank Name: MANUFACTURERS & TRADERS TRUST CO

Originator Info:
Name: CFG MERCHANT SOLUTIONS LLC

Beneficiary Info:
Name: BROUGHTON CONSTRUCTION COMPANY LLC
Acct #: *******250

Beneficiary Bank:

Originator to Beneficiary Info:

Bank to Bank Info:

Please do not reply to this email

**CFG-000149**

## Chaney, Dakia

| | |
|---|---|
| **From:** | Pinal Patel <PPatel@CFGMS.com> |
| **Sent:** | Wednesday, July 19, 2023 2:09 PM |
| **To:** | Jessica Ratchford |
| **Subject:** | Fw: [Cust Out Wire Advice - eMail] |

**Pinal Patel**
**Sr. Financial Analyst**

PPatel@CFGMS.com
D: 646-346-2125 | F: 646-278-7322
180 Maiden Lane | 15th Floor | New York, NY 10038
www.cfgms.com





**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged.  The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited.  If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail.  It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

**From:** wireroom@firstrepublic.com <wireroom@firstrepublic.com>
**Sent:** Tuesday, November 1, 2022 5:01 PM
**Subject:** [Cust Out Wire Advice - eMail]

In accordance with your instructions we have DEBITED your account: ********529 on 2022-11-01 for $296,821.00 .
If you have any questions please contact your banker.

Submit wire requests securely and conveniently with the mobile app. Open your app to get started.

Message ID: M0B1H01075U02YU4
Fed Reference: 20221101MMQFMPRN009949

Sending Bank Info:
ABA: 321081669
Bank Name: First Republic Bk

Receiving Bank:
ABA: 022000046
Bank Name: MANUFACTURERS & TRADERS TRUST CO

**CFG-000150**

Originator Info:
Name: CFG MERCHANT SOLUTIONS LLC

Beneficiary Info:
Name: BROUGHTON CONSTRUCTION COMPANY LLC
Acct #: *******250

Beneficiary Bank:

Originator to Beneficiary Info:

Bank to Bank Info:

Please do not reply to this email