**SQ-000064**

| | | | Date | Description | Amount |
|---|---|---|---|---|---|
| Deal ID | SQ225206 | | 6/21/2022 | Square Advance SQ225206 B Jun 21 CCD | $29,145.83 |
| Company | BROUGHTON CONSTRUCTION COMPANY LLC | | 6/27/2022 | Square Advance SQ225206 B Jun 27 CCD | $29,145.83 |
| Date | | 6/14/2022 | 7/5/2022 | Square Advance SQ225206 B Jul 5 CCD | $29,145.83 |
| Status | PAID IN FULL | | 7/12/2022 | Square Advance SQ225206 B Jul 12 CCD | $29,145.83 |
| | | | 7/19/2022 | Square Advance SQ225206 B Jul 19 CCD | $29,145.83 |
| Principal | | $500,000.00 | 7/26/2022 | Square Advance SQ225206 B Jul 26 CCD | $29,145.83 |
| Payback | | $699,500.00 | 8/2/2022 | Square Advance SQ225206 B Aug 2 CCD | $29,145.83 |
| Bank Fee | | $12,500.00 | 8/9/2022 | Square Advance SQ225206 B Aug 9 CCD | $29,145.83 |
| Type | MCA | | 8/16/2022 | Square Advance SQ225206 B Aug 16 CCD | $29,145.83 |
| | | | 8/23/2022 | Square Advance SQ225206 B Aug 23 CCD | $29,145.83 |
| Net | | $487,500.00 | 8/30/2022 | Square Advance SQ225206 B Aug 30 CCD | $29,145.83 |
| | | | 9/6/2022 | Square Advance SQ225206 B Sep 6 CCD | $29,145.83 |
| Paid | | $699,500.00 | 9/9/2022 | BROUGHTON CONSTRUCTION COMPANY LLC 2 Renew | $349,750.04 |
| Paid % | | 100.00% | | | |
| Balance | | $0.00 | | | |

**SQ-000065**

| Deal ID | SQ225312 | | Date | Description | Amount |
|---|---|---|---|---|---|
| Company | BROUGHTON CONSTRUCTION COMPANY LLC 2 | | 9/13/2022 | Square Advance SQ225312 B Sep 13 CCD | $32,312.50 |
| Date | | 9/8/2022 | 9/20/2022 | Square Advance SQ225312 B Sep 20 CCD | $32,312.50 |
| Status | PAID IN FULL | | 9/27/2022 | Square Advance SQ225312 B Sep 27 CCD | $32,312.50 |
| | | | 10/4/2022 | Square Advance SQ225312 B Oct 4 CCD | $32,312.50 |
| Principal | | $550,000.00 | 10/11/2022 | Square Advance SQ225312 B Oct 11 CCD | $32,312.50 |
| Payback | | $775,500.00 | 10/18/2022 | Square Advance SQ225312 B Oct 18 CCD | $32,312.50 |
| Bank Fee | | $12,500.00 | 10/25/2022 | Square Advance SQ225312 B Oct 25 CCD | $32,312.50 |
| Type | MCA | | 11/1/2022 | Square Advance SQ225312 B Nov 1 CCD | $32,312.50 |
| | | | 11/8/2022 | Square Advance SQ225312 B Nov 8 CCD | $32,312.50 |
| Net | | $537,500.00 | 11/15/2022 | Square Advance SQ225312 B Nov 15 CCD | $32,312.50 |
| | | | 11/22/2022 | Square Advance SQ225312 B Nov 22 CCD | $32,312.50 |
| Paid | | $775,500.00 | 11/29/2022 | Square Advance SQ225312 B Nov 29 CCD | $32,312.50 |
| Paid % | | 100.00% | 12/6/2022 | Square Advance SQ225312 B Dec 6 CCD | $32,312.50 |
| Balance | | $0.00 | 12/12/2022 | BROUGHTON CONSTRUCTION COMPANY LLC 3 Renew | $355,437.50 |

**SQ-000066**

| | | Date | Description | Amount |
|---|---|---|---|---|
| Deal ID | SQ225419 | 12/13/2022 | Square Advance SQ225419 B Dec 13 CCD | $6,142.04 |
| Company | BROUGHTON CONSTRUCTION COMPANY LLC 3 | 12/13/2022 | Square Advance SQ225312 B Dec 13 CCD | $32,312.50 |
| Date | 12/12/2022 | 12/20/2022 | Square Advance SQ225419 B Dec 20 CCD | $38,454.54 |
| Status | DEFAULT | 12/27/2022 | Square Advance SQ225419 B Dec 27 CCD | $38,454.54 |
| | | 1/3/2023 | Square Advance SQ225419 B Jan 3 CCD | $38,454.54 |
| Principal | $600,000.00 | 1/10/2023 | Square Advance SQ225419 B Jan 10 CCD | $38,454.54 |
| Payback | $846,000.00 | 1/17/2023 | Square Advance SQ225419 B Jan 17 CCD | $38,454.54 |
| Bank Fee | $12,500.00 | 1/24/2023 | Square Advance SQ225419 B Jan 24 CCD | $38,454.54 |
| Type | MCA | 1/31/2023 | Square Advance SQ225419 B Jan 31 CCD | $38,454.54 |
| | | 2/7/2023 | Square Advance SQ225419 B Feb 7 CCD | $38,454.54 |
| Net | $587,500.00 | 3/7/2023 | Square Advance SQ225419 B Mar 07 CCD | $38,454.54 |
| | | 3/14/2023 | Square Advance SQ225419 B Mar 14 CCD | $10,000.00 |
| Paid | $422,545.40 | 3/21/2023 | Square Advance SQ225419 B Mar 21 CCD | $10,000.00 |
| Paid % | 49.95% | 3/28/2023 | Square Advance SQ225419 B Mar 28 CCD | $10,000.00 |
| Balance | $423,454.60 | 3/30/2023 | SQ225419 BROUGH PAYMENT STOPPED---R08 (March 28, 2023) Ending *4250 | ($10,000.00) |
| | | 4/4/2023 | Square Advance SQ225419 B Apr 4 CCD | $10,000.00 |
| Bouncing # | 10 | 4/6/2023 | SQ225419 BROUGH PAYMENT STOPPED---R08 (April 4, 2023) Ending *4250 | ($10,000.00) |
| Bouncing Fee | $500.00 | 4/11/2023 | Square Advance SQ225419 B Apr 11 CCD | $10,000.00 |
| Balance | $423,954.60 | 4/13/2023 | SQ225419 BROUGH PAYMENT STOPPED---R08 (April 11, 2023) Ending *4250 | ($10,000.00) |
| | | 4/14/2023 | WIRE FROM CASEY B STRINGER | $3,000.00 |
| | | 4/18/2023 | Square Advance SQ225419 B Apr 18 CCD | $10,000.00 |
| Default Fee | $2,500.00 | 4/20/2023 | SQ225419 BROUGH PAYMENT STOPPED---R08 (April 18, 2023) Ending *4250 | ($10,000.00) |
| Balance | $425,954.60 | 4/25/2023 | Square Advance SQ225419 B Apr 25 CCD | $10,000.00 |
| | | 4/27/2023 | SQ225419 BROUGH PAYMENT STOPPED---R08 (April 25, 2023) Ending *4250 | ($10,000.00) |
| | | 4/27/2023 | WIRE FROM BROUGHTON CONSTRUCTION | $5,000.00 |
| | | 5/2/2023 | Square Advance SQ225419 B May 2 CCD | $10,000.00 |
| | | 5/4/2023 | SQ225419 BROUGH PAYMENT STOPPED---R08 (May 2, 2023) Ending *4250 | ($10,000.00) |
| | | 5/5/2023 | WIRE FROM BROUGHTON CONSTRUCTION | $5,000.00 |
| | | 5/9/2023 | Square Advance SQ225419 B May 9 CCD | $10,000.00 |
| | | 5/11/2023 | SQ225419 BROUGH PAYMENT STOPPED---R08 (May 9, 2023) Ending *4250 | ($10,000.00) |
| | | 5/12/2023 | WIRE FROM BROUGHTON CONSTRUCTION | $5,000.00 |
| | | 5/16/2023 | Square Advance SQ225419 B May 16 CCD | $10,000.00 |
| | | 5/18/2023 | SQ225419 BROUGH PAYMENT STOPPED---R08 (May 16, 2023) Ending *4250 | ($10,000.00) |
| | | 5/23/2023 | Square Advance SQ225419 B May 23 CCD | $10,000.00 |
| | | 5/25/2023 | SQ225419 BROUGH PAYMENT STOPPED---R08 (May 23, 2023) Ending *4250 | ($10,000.00) |
| | | 5/30/2023 | Square Advance SQ225419 B May 30 CCD | $10,000.00 |
| | | 6/1/2023 | SQ225419 BROUGH EN/RETURNED PER OFAC---R16 (May 30, 2023) Ending *4250 | ($10,000.00) |