FILED: NASSAU COUNTY CLERK 02/26/2025 10:15 AM
NYSCEF DOC. NO. 18
INDEX NO. 603532/2024
RECEIVED NYSCEF: 02/26/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

------------------------------------------------------------------------------x

SQUARE FUNDING LLC D/B/A SQUARE ADVANCE,                    INDEX NO: 603532/2024

                                    Plaintiff,

    -against-                                                                **STIPULATION OF
                                          DISCONTINUANCE
                                          WITHOUT PREJUDICE**

WALSH ROOFING SERVICES OF TAMPA BAY, LLC D/B/A
WALSH ROOFING SERVICES, 1211 EAST LLC, IAC
ECOMMERCE LLC, SCM ROOFING OF FLORIDA INC,
WALSH RESIDENTIAL SERVICES LLC, WALSH ROOFING
SERVICES LLC and THOMAS JOSEPH WALSH JR,

                                  Defendants.

------------------------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for the parties in the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued without prejudice as against all parties, including all complaints, cross-claims and counterclaims, if any, without costs to any party as against the other. Electronic copies of this stipulation shall have the same effect as an original. This stipulation may be filed without further notice with the clerk of the court.

    DATED:       February 25, 2025

| | |
|---|---|
| s/ David Fogel_____ | _(signature)_ |
| DAVID FOGEL P.C | FEDER BUSINESS LAW FIRM |
| David Fogel, Esq. | Sanford J. Feder, Esq. |
| 1225 Franklin Avenue | 96 Andover Road |
| Suite 201 | Jackson, NJ 08527 |
| Garden City, New York 11530 | Tel: (646) 753-1104 |
| Tel: 516-279-1420 | *Attorneys for Defendant(s) WALSH ROOFING* |
| *Attorneys for Plaintiff* | *SERVICES OF TAMPA BAY, LLC d/b/a WALSH* |
| File No.: 21889 | *ROOFING SERVICES, 1211 EAST LLC, IAC* |
| | *ECOMMERCE LLC, SCM ROOFING OF* |
| | *FLORIDA INC, WALSH RESIDENTIAL* |
| | *SERVICES LLC, WALSH ROOFING SERVICES* |
| | *LLC and THOMAS JOSEPH WALSH JR* |