| | |
|---|---|
| **From:** | Jeff Masucci on behalf of Jeff Masucci <JMasucci@CFGMS.com> |
| **To:** | Joe Pascalino; Laura Cinnella |
| **Subject:** | FW: CFG Advance |
| **Date:** | Monday, June 5, 2023 10:02:59 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image013255.png |
| | image517758.png |
| | image343534.png |
| | image803534.png |

See whole chain below

### Jeff Masucci

JMasucci@CFGMS.com

D: 646-880-6763 | M: 347-804-9517 | F: 646-278-7322

180 Maiden Lane | 15th Floor | New York, NY 10038

www.cfgms.com





**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged. The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited. If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail. It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

**From:** Casey Stringer <cstringer@broughtonconstruction.com>
**Sent:** Monday, February 27, 2023 11:03 AM
**To:** Jeff Masucci <JMasucci@CFGMS.com>
**Subject:** RE: CFG Advance

Can you do anything smaller?
Is it possible to do the following week?



 Please consider the environment before printing this email.

This e-mail and any attachments may contain Broughton Construction Company, LLC proprietary information, which is privileged and confidential. This e-mail is solely for the use of the individual or entity intended. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this e-mail is strictly prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original, any copy or printout.

**From:** Jeff Masucci <JMasucci@CFGMS.com>
**Sent:** Monday, February 27, 2023 10:58 AM
**To:** Casey Stringer <cstringer@broughtonconstruction.com>
**Subject:** CFG Advance

Casey,

I just wanted to touch base.

I need to get something set up shortly.

If we can do 10k/week for the next 3 weeks and then take the 4th and 5th weeks off for march. I would rather get these 3 weeks in the beginning of the month so I can keep you out of default and guarantee its in good standing early without my management asking me questions.

March 3rd – Payment
March 10th – Payment
March 17th – Payment
March 24th – off
March 31st – off

**Jeff Masucci**

JMasucci@CFGMS.com
D: 646-880-6763 | M: 347-804-9517 | F: 646-278-7322
180 Maiden Lane | 15th Floor | New York, NY 10038
www.cfgms.com



**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged. The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of

the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited.  If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail.  It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.