| | |
|---|---|
| **From:** | Jeff Masucci on behalf of Jeff Masucci <JMasucci@CFGMS.com> |
| **To:** | Laura Cinnella; Joe Pascalino |
| **Subject:** | RE: |
| **Date:** | Monday, June 5, 2023 10:07:12 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image313924.png |
| | image059330.png |
| | image279463.png |
| | image151377.png |

I have a lot more if you need

**Jeff Masucci**

JMasucci@CFGMS.com

D: 646-880-6763 | M: 347-804-9517 | F: 646-278-7322

180 Maiden Lane | 15th Floor | New York, NY 10038

www.cfgms.com





**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged. The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited. If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail. It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

**From:** Laura Cinnella <LCinnella@CFGMS.com>
**Sent:** Monday, June 5, 2023 2:05 PM
**To:** Jeff Masucci <JMasucci@CFGMS.com>; Joe Pascalino <JPascalino@CFGMS.com>
**Subject:** RE:

Awesome, thanks!

**Laura Cinnella**
**Collections Manager**

LCinnella@CFGMS.com
D: (646) 346-2115
180 Maiden Lane | 15th Floor | New York, NY 10038

www.cfgms.com



☐☐☐

**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged. The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited. If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail. It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

**From:** Jeff Masucci <JMasucci@CFGMS.com>
**Sent:** Monday, June 5, 2023 2:04 PM
**To:** Joe Pascalino <JPascalino@CFGMS.com>; Laura Cinnella <LCinnella@CFGMS.com>
**Subject:** FW:

This one may be it

**Jeff Masucci**

JMasucci@CFGMS.com

D: 646-880-6763 | M: 347-804-9517 | F: 646-278-7322

180 Maiden Lane | 15th Floor | New York, NY 10038

www.cfgms.com

☐☐☐

**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged. The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited. If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail. It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

**From:** Casey Stringer <cstringer@broughtonconstruction.com>
**Sent:** Thursday, April 6, 2023 4:52 PM
**To:** Jeff Masucci <JMasucci@CFGMS.com>
**Subject:** Re:

Can you have the conversation now with your guys .
$30k is not sustainable.

I have someone helping with different funding sources from SBA that I qualify for .
It's going to take 60 days

Sent from my iPhone

On Apr 6, 2023, at 4:47 PM, Jeff Masucci <JMasucci@cfgms.com> wrote:

Ok. Next Friday and the Friday after I need 15k each to be good for the month

**Jeff Masucci**

JMasucci@CFGMS.com
D: 646-880-6763 | M: 347-804-9517 | F: 646-278-7322
180 Maiden Lane | 15th Floor | New York, NY 10038
www.cfgms.com

— — —

**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged.  The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited.  If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail.  It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

**From:** Casey Stringer <cstringer@broughtonconstruction.com>
**Sent:** Thursday, April 6, 2023 4:46 PM
**To:** Jeff Masucci <JMasucci@CFGMS.com>
**Subject:** Re:

not tomorrow please

Sent from my iPhone

On Apr 6, 2023, at 4:36 PM, Jeff Masucci <JMasucci@cfgms.com> wrote:

Casey,

am I debiting the account tomorrow?

**Jeff Masucci**

JMasucci@CFGMS.com
D: 646-880-6763 | M: 347-804-9517 | F: 646-278-7322
180 Maiden Lane | 15th Floor | New York, NY 10038
www.cfgms.com
— — —

**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged.  The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited.  If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail.  It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

**From:** Casey Stringer <cstringer@broughtonconstruction.com>
**Sent:** Friday, March 31, 2023 12:39 PM
**To:** Jeff Masucci <JMasucci@CFGMS.com>
**Subject:** Re:

Ok
Trying to resolve

Sent from my iPhone

> On Mar 31, 2023, at 12:36 PM, Jeff Masucci <JMasucci@cfgms.com> wrote:

> Casey,

> That would be fine. I honestly need 30k to settle for the month. Please keep me updated.

> **Jeff Masucci**

JMasucci@CFGMS.com

D: 646-880-6763 | M: 347-804-9517 | F: 646-278-7322

180 Maiden Lane | 15th Floor | New York, NY 10038

www.cfgms.com

— — —

**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged.  The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited.  If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail.  It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

**From:** Casey Stringer <cstringer@broughtonconstruction.com>

**Sent:** Friday, March 31, 2023 12:29 PM

**To:** Jeff Masucci <JMasucci@CFGMS.com>

**Subject:** Re:

Jeff
We don't have the debits next week .
We need more time to pause

Sent from my iPhone

> On Mar 22, 2023, at 4:27 PM, Casey Stringer <cstringer@broughtonconstruction.com> wrote:

> Thanks
> We will hope the receipts catch up.

> <image001.png>

Please consider the environment before printing this email.
This e-mail and any attachments may contain Broughton Construction Company, LLC proprietary information, which is privileged and confidential. This e-mail is solely for the use of the individual or entity intended. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this e-mail is strictly prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original, any copy or printout.

**From:** Jeff Masucci <JMasucci@CFGMS.com>
**Sent:** Wednesday, March 22, 2023 4:25 PM
**To:** Casey Stringer <cstringer@broughtonconstruction.com>
**Subject:** Re:

Casey

It's off for two weeks.

**Jeff Masucci**

JMasucci@CFGMS.com
D: 646-880-6763    | M: 347-804-9517    | F: 646-278-7322
180 Maiden Lane | 15th Floor | New York, NY 10038
www.cfgms.com

– – –

**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged.  The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited.  If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail.  It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any

manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

On Mar 22, 2023, at 4:22 PM, Casey Stringer <cstringer@broughtonconstruction.com> wrote:

I understand but we need to pause now.

<image001.png>

Please consider the environment before printing this email.
This e-mail and any attachments may contain Broughton Construction Company, LLC proprietary information, which is privileged and confidential. This e-mail is solely for the use of the individual or entity intended. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this e-mail is strictly prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original, any copy or printout.

**From:** Jeff Masucci <JMasucci@CFGMS.com>
**Sent:** Wednesday, March 22, 2023 4:21 PM
**To:** Casey Stringer <cstringer@broughtonconstruction.com>
**Subject:** RE:

Casey,

I stopped the debit for two weeks like I said I would in the previous emails.

I would possibly need to raise the debit up to 15k/week to make sure we get in good standing in

April quicker and give you the flexibility for a week or two off again after.

**Jeff Masucci**

JMasucci@CFGMS.com
D: 646-880-6763  | M: 347-804-9517  | F: 646-278-7322
180 Maiden Lane | 15th Floor | New York, NY 10038
www.cfgms.com

— — —

**Important Notice:** This email and the information contained herein is confidential, proprietary and may be legally privileged.  The information contained herein and any attachments hereto is intended exclusively for the personal and confidential use of the designated recipient named above. If the designated recipient/reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and you are not permitted to read, use or disseminate this email or any information contained herein or attached hereto, and further that any review, dissemination, distribution, or copying of this email or any information contained herein or attached hereto is strictly prohibited.  If you have received this transmission in error, please destroy this transmission and any attachments hereto, and notify us immediately by telephone and/or reply e-mail.  It is the responsibility of the recipient to ensure that this email and attachments are virus free. Neither CFG Merchant Solutions (or its affiliates), nor the sender have any responsibility or liability for any loss or damage arising in any manner whatsoever as a result of its receipt, opening, dissemination and/or use of this email or any attachments to this email.

**From:** Casey Stringer <cstringer@broughtonconstruction.com>
**Sent:** Wednesday, March 22, 2023 4:13 PM
**To:** Jeff Masucci <JMasucci@CFGMS.com>
**Subject:**

Jeff ,
Can we pause the debits. We don't have the receipts in the account.

Please consider the environment before printing this email.

This e-mail and any attachments may contain Broughton Construction Company, LLC proprietary information, which is privileged and confidential. This e-mail is solely for the use of the individual or entity intended. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this e-mail is strictly prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original, any copy or printout.