Maurice VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Special Counsel for Wendell Webster in*
*His Official Capacity as Chapter 7 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-378-ELG |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| WENDELL WEBSTER, in his official capacity | ) | |
| as chapter 7 trustee and as assignee of Industrial | ) | Adv. Case No. 25-10054-ELG |
| Bank and Nationwide Mutual Insurance Company | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SQUARE FUNDING LLC | ) | |
| d/b/a SQUARE ADVANCE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| WENDELL WEBSTER, in his official capacity | ) | |
| as chapter 7 trustee and as assignee of Industrial | ) | Adv. Case No. 25-10055-ELG |
| Bank and Nationwide Mutual Insurance Company | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CFG MERCHANT SOLUTIONS, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

1

## **NOTICE OF MOTION FOR SUMMARY JUDGMENT**

NOTICE IS HEREBY GIVEN that Wendell Webster, chapter 7 trustee of the estate of Broughton Construction Co., LLC, has moved for summary judgment in each of the above-captioned adversary proceedings.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the motion or if you would like the Court to consider your views, then ON OR BEFORE August 12, 2026, you must file and serve a written opposition to the motion. The opposition must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The opposition must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your opposition.

NOTICE OF HEARING. A hearing on the motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for August 19, 2026 at 1:00 PM. The hearing will be held in person and via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

Respectfully submitted,

Dated: July 7, 2026

By: /s/ Maurice B. VerStandig
  Maurice B. VerStandig, Esq.
  Bar No. MD18071
  The VerStandig Law Firm, LLC
  9812 Falls Road, #114-160
  Potomac, Maryland 20854
  Phone: (301) 444-4600
  Facsimile: (301) 444-4600
  mac@mbvesq.com
  *Special Counsel to Wendell Webster*
  *In His Official Capacity as*
  *Chapter 7 Trustee*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 7th day of July, 2026, a copy of the foregoing was served electronically upon filing via the ECF.

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig