# Exhibit M

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-378-ELG |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| WENDELL WEBSTER, in his official capacity | ) | |
| As chapter 7 trustee and as assignee of Industrial | ) | Adv. Case No. 25-10055-ELG |
| Bank and Nationwide Mutual Insurance Company | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CFG MERCHANT SOLUTIONS, LCC | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DECLARATION OF JEFF MASUCCI

I, Jeff Masucci, hereby declare and state as follows:

1.      I am the Senior Portfolio Manager of CFG Merchant Solutions, LLC ("CFG"). As the Senior Portfolio Manager of CFG, I have access to the books and records of CFG kept in the ordinary course of CFG's business. I make this Declaration based on my review of those records and from personal knowledge.

2.      CFG specializes in providing working capital to businesses via revenue-based financing products.

3.      In 2019, Broughton Construction Co., LLC approached CFG and filed an application to obtain working capital for its business. As a result, Broughton Construction Co., LLC entered into a series of Purchase Agreements ("Agreements") with CFG.

4. I was the person in charge of conducting underwriting for Broughton Construction Co., LLC and, as such, I personally performed CFG's due-diligence investigations regarding all Agreements.

5. When I first reviewed this file, Broughton Construction Co., LLC had eight active merchant cash advance positions.

6. As part of my underwriting process, I researched both the credit profile and the overall background of the business before providing initial funding. My approach is to evaluate whether a business can reasonably sustain additional daily or weekly debits without negatively impacting operations. In most cases, a healthy threshold is approximately 10–30% of the business's monthly deposits allocated toward merchant cash advance payments.

7. At the time I first became involved, Broughton Construction Co., LLC was well above that threshold, with more than 30% of monthly deposits committed to cash advance obligations. I was able to restructure Broughton Construction Co., LLC's financing into more favorable programs and steer it away from the most burdensome short-term products.

8. Given the high-risk nature of the file, including seven existing competing funders, I worked closely with Broughton Construction Co., LLC to structure the initial funding in a way that would reduce the remittance burden while still providing the capital needed.

9. Over the next three years, I continued to work closely with Broughton Construction Co., LLC to prevent it from returning to expensive short-term funders. As a result, we successfully reduced its overall merchant cash advance obligations to approximately 8–10% of its monthly deposits, placing the business in a significantly healthier financial position.

10.     Throughout that time, I supported Broughton Construction Co., LLC through both strong and challenging periods, including the COVID-19 pandemic, when I closely monitored the business and questioned whether it would be able to continue meeting its obligations.

11.     Several years later, based on the financial information available to me, the business appeared to be in its strongest financial position since I had started working with Broughton Construction Co., LLC. Based on that performance, I approved an additional $500,000 in funding.

12.     Shortly after receiving the funds, Broughton Construction Co., LLC claimed financial hardship and stopped remitting Receipts. To help the business remain operational, I reduced the remittance amount to the lowest level I believed was feasible. Despite those accommodations, the merchant ultimately stopped communicating altogether, leaving no alternative but to refer the account to CFG's legal department for collection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 8/12/262026

DocuSigned by:

*Jeff Masucci*

4DB3F283564741C...

_____

JEFF MASUCCI