# Exhibit O

| Date | Customer | Invoice # | Advance Amount | RTR | Net Advance Amount |
|---|---|---|---|---|---|
| 5/14/2019 | Broughton Construction Company, LLC | INV12347 | 75,000.00 | 108,000.00 | 71,721.00 |
| 7/30/2019 | Broughton Construction Company, LLC | INV14365 | 165,000.00 | 242,550.00 | 102,568.00 |
| 8/30/2019 | Broughton Construction Company, LLC | INV15137 | 100,000.00 | 147,000.00 | 98,201.00 |
| 1/28/2020 | Broughton Construction Company, LLC | INV19014 | 500,000.00 | 675,000.00 | 492,500.00 |
| 3/13/2020 | Broughton Construction Company, LLC | INV20253 | 150,000.00 | 202,500.00 | 148,025.00 |
| 12/31/2020 | Broughton Construction Company, LLC | INV24967 | 450,000.00 | 607,500.00 | 445,500.00 |
| 4/21/2021 | Broughton Construction Company, LLC | INV27546 | 250,000.00 | 337,500.00 | 248,500.00 |
| 7/9/2021 | Broughton Construction Company, LLC | INV29845 | 500,000.00 | 675,000.00 | 495,500.00 |
| 11/5/2021 | Broughton Construction Company, LLC | INV33604 | 300,000.00 | 405,000.00 | 297,000.00 |
| 2/15/2022 | Broughton Construction Company, LLC | INV36766 | 500,000.00 | 700,000.00 | 262,000.00 |
| 4/7/2022 | Broughton Construction Company, LLC | INV38605 | 300,000.00 | 420,000.00 | 182,000.00 |
| 8/2/2022 | Broughton Construction Company, LLC | INV43036 | 605,000.00 | 847,000.00 | 501,421.00 |
| 11/1/2022 | Broughton Construction Company, LLC | INV46643 | 300,000.00 | 420,000.00 | 296,821.00 |
| 1/19/2023 | Broughton Construction Company, LLC | INV49623 | 500,000.00 | 700,000.00 | 276,421.00 |
| | | | | Total Amount Sent | 3,918,178.00 |