# Exhibit P



**CFG-000104**

1/5/2026

# Merchant Payment History

**Broughton Construction Company, LLC**

**Current Balance: $0.00**

| Date | Description | Credit | Debit | Returns | Running Balance |
|---|---|---|---|---|---|
| 5/14/2019 | Invoice #INV12347 | $108,000.00 | | | $108,000.00 |
| 5/21/2019 | Payment | | $1,139.00 | | $106,861.00 |
| 5/22/2019 | Payment | | $1,139.00 | | $105,722.00 |
| 5/23/2019 | Payment | | $1,139.00 | | $104,583.00 |
| 5/24/2019 | Payment | | $1,139.00 | | $103,444.00 |
| 5/28/2019 | Payment | | $1,139.00 | | $102,305.00 |
| 5/29/2019 | Payment | | $1,139.00 | | $101,166.00 |
| 5/30/2019 | Payment | | $1,139.00 | | $100,027.00 |
| 5/31/2019 | Payment | | $1,139.00 | | $98,888.00 |
| 6/3/2019 | Payment | | $1,139.00 | | $97,749.00 |
| 6/4/2019 | Payment | | $1,139.00 | | $96,610.00 |
| 6/5/2019 | Payment | | $1,139.00 | | $95,471.00 |
| 6/6/2019 | Payment | | $1,139.00 | | $94,332.00 |
| 6/7/2019 | Payment | | $1,139.00 | | $93,193.00 |
| 6/10/2019 | Payment | | $1,139.00 | | $92,054.00 |
| 6/11/2019 | Payment | | $1,139.00 | | $90,915.00 |
| 6/12/2019 | Payment | | $1,139.00 | | $89,776.00 |
| 6/13/2019 | Payment | | $1,139.00 | | $88,637.00 |
| 6/14/2019 | Payment | | $1,139.00 | | $87,498.00 |
| 6/17/2019 | Payment | | $1,139.00 | | $86,359.00 |
| 6/18/2019 | Payment | | $1,139.00 | | $85,220.00 |
| 6/19/2019 | Payment | | $1,139.00 | | $84,081.00 |
| 6/28/2019 | Payment | | $1,139.00 | | $82,942.00 |
| 7/1/2019 | Payment | | $1,139.00 | | $81,803.00 |
| 7/2/2019 | Payment | | $1,139.00 | | $80,664.00 |
| 7/3/2019 | Payment | | $1,139.00 | | $79,525.00 |
| 7/5/2019 | Payment | | $1,139.00 | | $78,386.00 |
| 7/8/2019 | Payment | | $1,139.00 | | $77,247.00 |
| 7/9/2019 | Payment | | $1,139.00 | | $76,108.00 |
| 7/10/2019 | Payment | | $1,139.00 | | $74,969.00 |
| 7/11/2019 | Payment | | $1,139.00 | | $73,830.00 |
| 7/12/2019 | Payment | | $1,139.00 | | $72,691.00 |
| 7/15/2019 | Payment | | $1,139.00 | | $71,552.00 |
| 7/16/2019 | Payment | | $1,139.00 | | $70,413.00 |
| 7/17/2019 | Payment | | $1,139.00 | | $69,274.00 |
| 7/18/2019 | Payment | | $1,139.00 | | $68,135.00 |
| 7/19/2019 | Payment | | $1,139.00 | | $66,996.00 |
| 7/22/2019 | Payment | | $1,139.00 | | $65,857.00 |
| 7/23/2019 | Payment | | $1,139.00 | | $64,718.00 |
| 7/24/2019 | Payment | | $1,139.00 | | $63,579.00 |
| 7/25/2019 | Payment | | $1,139.00 | | $62,440.00 |
| 7/26/2019 | Payment | | $1,139.00 | | $61,301.00 |



| Date | Description | Credit | Debit | Returns | Running Balance |
|------|-------------|--------|-------|---------|-----------------|
| 7/29/2019 | Payment | | $1,139.00 | | $60,162.00 |
| 7/30/2019 | Payment | | $1,139.00 | | $59,023.00 |
| 7/30/2019 | Credit Memo | | $59,023.00 | | $0.00 |



| Date | Description | Credit | Debit | Returns | Running Balance |
|---|---|---|---|---|---|
| 7/30/2019 | Invoice #INV14365 | $242,550.00 | | | $242,550.00 |
| 7/31/2019 | Payment | | $1,139.00 | | $241,411.00 |
| 8/1/2019 | Payment | | $1,139.00 | | $240,272.00 |
| 8/2/2019 | Payment | | $1,139.00 | | $239,133.00 |
| 8/5/2019 | Payment | | $1,139.00 | | $237,994.00 |
| 8/6/2019 | Payment | | $2,999.00 | | $234,995.00 |
| 8/7/2019 | Payment | | $2,999.00 | | $231,996.00 |
| 8/8/2019 | Payment | | $2,999.00 | | $228,997.00 |
| 8/9/2019 | Payment | | $2,999.00 | | $225,998.00 |
| 8/12/2019 | Payment | | $2,999.00 | | $222,999.00 |
| 8/13/2019 | Payment | | $2,999.00 | | $220,000.00 |
| 8/14/2019 | Payment | | $2,999.00 | | $217,001.00 |
| 8/15/2019 | Payment | | $2,999.00 | | $214,002.00 |
| 8/16/2019 | Payment | | $2,999.00 | | $211,003.00 |
| 8/19/2019 | Payment | | $2,999.00 | | $208,004.00 |
| 8/20/2019 | Payment | | $2,999.00 | | $205,005.00 |
| 8/21/2019 | Payment | | $2,999.00 | | $202,006.00 |
| 8/22/2019 | Payment | | $2,999.00 | | $199,007.00 |
| 8/23/2019 | Payment | | $2,999.00 | | $196,008.00 |
| 8/26/2019 | Payment | | $2,999.00 | | $193,009.00 |
| 8/27/2019 | Payment | | $2,999.00 | | $190,010.00 |
| 8/28/2019 | Payment | | $2,999.00 | | $187,011.00 |
| 8/29/2019 | Payment | | $2,999.00 | | $184,012.00 |
| 8/30/2019 | Payment | | $2,999.00 | | $181,013.00 |
| 9/3/2019 | Payment | | $2,999.00 | | $178,014.00 |
| 9/4/2019 | Payment | | $2,999.00 | | $175,015.00 |
| 9/5/2019 | Payment | | $2,999.00 | | $172,016.00 |
| 9/6/2019 | Payment | | $2,999.00 | | $169,017.00 |
| 9/9/2019 | Payment | | $2,500.00 | | $166,517.00 |
| 9/9/2019 | Payment | | $2,999.00 | | $163,518.00 |
| 9/10/2019 | Payment | | $2,500.00 | | $161,018.00 |
| 9/10/2019 | Payment | | $2,999.00 | | $158,019.00 |
| 9/11/2019 | Payment | | $2,999.00 | | $155,020.00 |
| 9/11/2019 | Payment | | $2,500.00 | | $152,520.00 |
| 9/12/2019 | Payment | | $2,999.00 | | $149,521.00 |
| 9/12/2019 | Payment | | $2,500.00 | | $147,021.00 |
| 9/13/2019 | Payment | | $2,999.00 | | $144,022.00 |
| 9/13/2019 | Payment | | $2,500.00 | | $141,522.00 |
| 9/16/2019 | Payment | | $2,999.00 | | $138,523.00 |
| 9/16/2019 | Payment | | $2,500.00 | | $136,023.00 |
| 9/17/2019 | Payment | | $2,999.00 | | $133,024.00 |
| 9/17/2019 | Payment | | $2,500.00 | | $130,524.00 |
| 9/18/2019 | Payment | | $2,999.00 | | $127,525.00 |
| 9/18/2019 | Payment | | $2,500.00 | | $125,025.00 |
| 9/19/2019 | Payment | | $2,999.00 | | $122,026.00 |
| 9/19/2019 | Payment | | $2,500.00 | | $119,526.00 |
| 9/20/2019 | Payment | | $2,999.00 | | $116,527.00 |
| 9/20/2019 | Payment | | $2,500.00 | | $114,027.00 |



| Date | Description | Credit | Debit | Returns | Running Balance |
|---|---|---|---|---|---|
| 9/23/2019 | Payment | | $2,999.00 | | $111,028.00 |
| 9/23/2019 | Payment | | $2,500.00 | | $108,528.00 |
| 9/24/2019 | Payment | | $2,999.00 | | $105,529.00 |
| 9/24/2019 | Payment | | $2,500.00 | | $103,029.00 |
| 9/25/2019 | Payment | | $2,999.00 | | $100,030.00 |
| 9/25/2019 | Payment | | $2,500.00 | | $97,530.00 |
| 9/26/2019 | Payment | | $2,999.00 | | $94,531.00 |
| 9/26/2019 | Payment | | $2,500.00 | | $92,031.00 |
| 9/27/2019 | Payment | | $2,999.00 | | $89,032.00 |
| 9/27/2019 | Payment | | $2,500.00 | | $86,532.00 |
| 9/30/2019 | Payment | | $2,999.00 | | $83,533.00 |
| 9/30/2019 | Payment | | $2,500.00 | | $81,033.00 |
| 10/1/2019 | Payment | | $2,999.00 | | $78,034.00 |
| 10/1/2019 | Payment | | $2,500.00 | | $75,534.00 |
| 10/2/2019 | Payment | | $2,999.00 | | $72,535.00 |
| 10/2/2019 | Payment | | $2,500.00 | | $70,035.00 |
| 10/3/2019 | Payment | | $2,999.00 | | $67,036.00 |
| 10/3/2019 | Payment | | $2,500.00 | | $64,536.00 |
| 10/4/2019 | Payment | | $2,999.00 | | $61,537.00 |
| 10/4/2019 | Payment | | $2,500.00 | | $59,037.00 |
| 10/7/2019 | Payment | | $2,999.00 | | $56,038.00 |
| 10/7/2019 | Payment | | $2,500.00 | | $53,538.00 |
| 10/8/2019 | Payment | | $2,999.00 | | $50,539.00 |
| 10/8/2019 | Payment | | $2,500.00 | | $48,039.00 |
| 10/9/2019 | Payment | | $2,999.00 | | $45,040.00 |
| 10/9/2019 | Payment | | $2,500.00 | | $42,540.00 |
| 10/10/2019 | Payment | | $2,999.00 | | $39,541.00 |
| 10/10/2019 | Payment | | $2,500.00 | | $37,041.00 |
| 10/11/2019 | Payment | | $2,999.00 | | $34,042.00 |
| 10/11/2019 | Payment | | $2,500.00 | | $31,542.00 |
| 10/15/2019 | Payment | | $2,999.00 | | $28,543.00 |
| 10/15/2019 | Payment | | $2,500.00 | | $26,043.00 |
| 10/16/2019 | Payment | | $2,999.00 | | $23,044.00 |
| 10/16/2019 | Payment | | $2,500.00 | | $20,544.00 |
| 10/17/2019 | Payment | | $2,999.00 | | $17,545.00 |
| 10/17/2019 | Payment | | $2,500.00 | | $15,045.00 |
| 10/18/2019 | Payment | | $2,999.00 | | $12,046.00 |
| 10/18/2019 | Payment | | $2,500.00 | | $9,546.00 |
| 10/21/2019 | Payment | | $2,999.00 | | $6,547.00 |
| 10/21/2019 | Payment | | $2,500.00 | | $4,047.00 |
| 10/22/2019 | Payment | | $2,999.00 | | $1,048.00 |
| 10/22/2019 | Payment | | $1,048.00 | | $0.00 |



**CFG-000108**

1/5/2026

| Date | Description | Credit | Debit | Returns | Running Balance |
|---|---|---|---|---|---|
| 8/30/2019 | Invoice #INV15137 | $147,000.00 | | | $147,000.00 |
| 10/23/2019 | Payment | | $2,999.00 | | $144,001.00 |
| 10/23/2019 | Payment | | $2,500.00 | | $141,501.00 |
| 10/24/2019 | Payment | | $2,999.00 | | $138,502.00 |
| 10/24/2019 | Payment | | $2,500.00 | | $136,002.00 |
| 10/25/2019 | Payment | | $2,999.00 | | $133,003.00 |
| 10/25/2019 | Payment | | $2,500.00 | | $130,503.00 |
| 10/28/2019 | Payment | | $2,999.00 | | $127,504.00 |
| 10/28/2019 | Payment | | $2,500.00 | | $125,004.00 |
| 10/29/2019 | Payment | | $2,999.00 | | $122,005.00 |
| 10/29/2019 | Payment | | $2,500.00 | | $119,505.00 |
| 10/30/2019 | Payment | | $2,999.00 | | $116,506.00 |
| 10/30/2019 | Payment | | $2,500.00 | | $114,006.00 |
| 10/31/2019 | Payment | | $2,999.00 | | $111,007.00 |
| 10/31/2019 | Payment | | $2,500.00 | | $108,507.00 |
| 11/1/2019 | Payment | | $2,999.00 | | $105,508.00 |
| 11/1/2019 | Payment | | $2,500.00 | | $103,008.00 |
| 11/4/2019 | Payment | | $2,999.00 | | $100,009.00 |
| 11/4/2019 | Payment | | $2,500.00 | | $97,509.00 |
| 11/5/2019 | Payment | | $2,999.00 | | $94,510.00 |
| 11/5/2019 | Payment | | $2,500.00 | | $92,010.00 |
| 11/6/2019 | Payment | | $2,999.00 | | $89,011.00 |
| 11/6/2019 | Payment | | $2,500.00 | | $86,511.00 |
| 11/7/2019 | Payment | | $2,999.00 | | $83,512.00 |
| 11/7/2019 | Payment | | $2,500.00 | | $81,012.00 |
| 11/8/2019 | Payment | | $2,999.00 | | $78,013.00 |
| 11/8/2019 | Payment | | $2,500.00 | | $75,513.00 |
| 11/12/2019 | Payment | | $2,999.00 | | $72,514.00 |
| 11/12/2019 | Payment | | $2,500.00 | | $70,014.00 |
| 11/13/2019 | Payment | | $2,999.00 | | $67,015.00 |
| 11/13/2019 | Payment | | $2,500.00 | | $64,515.00 |
| 11/14/2019 | Payment | | $2,999.00 | | $61,516.00 |
| 11/14/2019 | Payment | | $2,500.00 | | $59,016.00 |
| 11/15/2019 | Payment | | $2,999.00 | | $56,017.00 |
| 11/15/2019 | Payment | | $2,500.00 | | $53,517.00 |
| 11/18/2019 | Payment | | $2,999.00 | | $50,518.00 |
| 11/18/2019 | Payment | | $2,500.00 | | $48,018.00 |
| 11/19/2019 | Payment | | $2,999.00 | | $45,019.00 |
| 11/19/2019 | Payment | | $2,500.00 | | $42,519.00 |
| 11/20/2019 | Payment | | $2,999.00 | | $39,520.00 |
| 11/20/2019 | Payment | | $2,500.00 | | $37,020.00 |
| 11/21/2019 | Payment | | $2,999.00 | | $34,021.00 |
| 11/21/2019 | Payment | | $2,500.00 | | $31,521.00 |
| 11/22/2019 | Payment | | $2,999.00 | | $28,522.00 |
| 11/22/2019 | Payment | | $2,500.00 | | $26,022.00 |
| 11/25/2019 | Payment | | $2,999.00 | | $23,023.00 |
| 11/25/2019 | Payment | | $2,500.00 | | $20,523.00 |
| 11/26/2019 | Payment | | $2,999.00 | | $17,524.00 |



**CFG-000109**
1/5/2026

| Date | Description | Credit | Debit | Returns | Running Balance |
|---|---|---|---|---|---|
| 11/26/2019 | Payment | | $2,500.00 | | $15,024.00 |
| 11/27/2019 | Payment | | $2,999.00 | | $12,025.00 |
| 11/27/2019 | Payment | | $2,500.00 | | $9,525.00 |
| 11/29/2019 | Payment | | $2,999.00 | | $6,526.00 |
| 11/29/2019 | Payment | | $2,500.00 | | $4,026.00 |
| 12/2/2019 | Payment | | $2,999.00 | | $1,027.00 |
| 12/2/2019 | Payment | | $1,027.00 | | $0.00 |

**CFG-000110**

1/5/2026



| Date | Description | Credit | Debit | Returns | Running Balance |
|---|---|---|---|---|---|
| 1/28/2020 | Invoice #INV19014 | $675,000.00 | | | $675,000.00 |
| 2/6/2020 | Payment | | $9,000.00 | | $666,000.00 |
| 2/6/2020 | Payment | | $9,000.00 | | $657,000.00 |
| 2/6/2020 | Payment | | $2,960.00 | | $654,040.00 |
| 2/13/2020 | Payment | | $9,000.00 | | $645,040.00 |
| 2/13/2020 | Payment | | $9,000.00 | | $636,040.00 |
| 2/13/2020 | Payment | | $2,960.00 | | $633,080.00 |
| 2/21/2020 | Payment | | $9,000.00 | | $624,080.00 |
| 2/21/2020 | Payment | | $9,000.00 | | $615,080.00 |
| 2/21/2020 | Payment | | $2,960.00 | | $612,120.00 |
| 2/27/2020 | Payment | | $9,000.00 | | $603,120.00 |
| 2/27/2020 | Payment | | $9,000.00 | | $594,120.00 |
| 2/27/2020 | Payment | | $2,960.00 | | $591,160.00 |
| 2/28/2020 | Payment | | $2,925.00 | | $588,235.00 |
| 3/5/2020 | Payment | | $9,000.00 | | $579,235.00 |
| 3/5/2020 | Payment | | $9,000.00 | | $570,235.00 |
| 3/5/2020 | Payment | | $2,960.00 | | $567,275.00 |
| 3/12/2020 | Payment | | $9,000.00 | | $558,275.00 |
| 3/12/2020 | Payment | | $9,000.00 | | $549,275.00 |
| 3/12/2020 | Payment | | $2,960.00 | | $546,315.00 |
| 3/19/2020 | Payment | | $9,000.00 | | $537,315.00 |
| 3/19/2020 | Payment | | $9,000.00 | | $528,315.00 |
| 3/19/2020 | Payment | | $2,960.00 | | $525,355.00 |
| 3/26/2020 | Payment | | $9,000.00 | | $516,355.00 |
| 3/26/2020 | Payment | | $9,000.00 | | $507,355.00 |
| 3/26/2020 | Payment | | $10,460.00 | | $496,895.00 |
| 4/2/2020 | Payment | | $10,460.00 | | $486,435.00 |
| 4/2/2020 | Payment | | $3,000.00 | | $483,435.00 |
| 4/9/2020 | Payment | | $10,460.00 | | $472,975.00 |
| 4/9/2020 | Payment | | $3,000.00 | | $469,975.00 |
| 4/16/2020 | Payment | | $9,000.00 | | $460,975.00 |
| 4/16/2020 | Payment | | $9,000.00 | | $451,975.00 |
| 4/16/2020 | Payment | | $10,460.00 | | $441,515.00 |
| 4/17/2020 | Payment | | $9,000.00 | | $432,515.00 |
| 4/17/2020 | Payment | | $9,000.00 | | $423,515.00 |
| 4/30/2020 | Payment | | $10,460.00 | | $413,055.00 |
| 4/30/2020 | Payment | | $9,000.00 | | $404,055.00 |
| 4/30/2020 | Payment | | $9,000.00 | | $395,055.00 |
| 5/7/2020 | Payment | | $9,000.00 | | $386,055.00 |
| 5/7/2020 | Payment | | $9,000.00 | | $377,055.00 |
| 5/7/2020 | Payment | | $10,460.00 | | $366,595.00 |
| 5/14/2020 | Payment | | $9,000.00 | | $357,595.00 |
| 5/14/2020 | Payment | | $9,000.00 | | $348,595.00 |
| 5/14/2020 | Payment | | $10,460.00 | | $338,135.00 |
| 5/21/2020 | Payment | | $9,000.00 | | $329,135.00 |
| 5/21/2020 | Payment | | $9,000.00 | | $320,135.00 |
| 5/21/2020 | Payment | | $10,460.00 | | $309,675.00 |
| 5/29/2020 | Payment | | $9,000.00 | | $300,675.00 |



| Date | Description | Credit | Debit | Returns | Running Balance |
|---|---|---|---|---|---|
| 5/29/2020 | Payment | | $9,000.00 | | $291,675.00 |
| 5/29/2020 | Payment | | $10,460.00 | | $281,215.00 |
| 6/4/2020 | Payment | | $9,000.00 | | $272,215.00 |
| 6/4/2020 | Payment | | $9,000.00 | | $263,215.00 |
| 6/4/2020 | Payment | | $10,460.00 | | $252,755.00 |
| 6/11/2020 | Payment | | $9,000.00 | | $243,755.00 |
| 6/11/2020 | Payment | | $9,000.00 | | $234,755.00 |
| 6/11/2020 | Payment | | $10,460.00 | | $224,295.00 |
| 6/18/2020 | Payment | | $9,000.00 | | $215,295.00 |
| 6/18/2020 | Payment | | $9,000.00 | | $206,295.00 |
| 6/18/2020 | Payment | | $10,460.00 | | $195,835.00 |
| 6/25/2020 | Payment | | $9,000.00 | | $186,835.00 |
| 6/25/2020 | Payment | | $9,000.00 | | $177,835.00 |
| 6/25/2020 | Payment | | $10,460.00 | | $167,375.00 |
| 7/2/2020 | Payment | | $9,000.00 | | $158,375.00 |
| 7/2/2020 | Payment | | $9,000.00 | | $149,375.00 |
| 7/2/2020 | Payment | | $10,460.00 | | $138,915.00 |
| 7/9/2020 | Payment | | $9,000.00 | | $129,915.00 |
| 7/9/2020 | Payment | | $9,000.00 | | $120,915.00 |
| 7/9/2020 | Payment | | $10,460.00 | | $110,455.00 |
| 7/16/2020 | Payment | | $9,000.00 | | $101,455.00 |
| 7/16/2020 | Payment | | $9,000.00 | | $92,455.00 |
| 7/16/2020 | Payment | | $10,460.00 | | $81,995.00 |
| 7/23/2020 | Payment | | $9,000.00 | | $72,995.00 |
| 7/23/2020 | Payment | | $9,000.00 | | $63,995.00 |
| 7/23/2020 | Payment | | $10,460.00 | | $53,535.00 |
| 7/30/2020 | Payment | | $9,000.00 | | $44,535.00 |
| 7/30/2020 | Payment | | $9,000.00 | | $35,535.00 |
| 7/30/2020 | Payment | | $10,460.00 | | $25,075.00 |
| 8/6/2020 | Payment | | $9,000.00 | | $16,075.00 |
| 8/6/2020 | Payment | | $9,000.00 | | $7,075.00 |
| 8/6/2020 | Payment | | $7,075.00 | | $0.00 |

**CFG-000112**

1/5/2026



| Date | Description | Credit | Debit | Returns | Running Balance |
|---|---|---|---|---|---|
| 3/13/2020 | Invoice #INV20253 | $202,500.00 | | | $202,500.00 |
| 8/13/2020 | Payment | | $9,000.00 | | $193,500.00 |
| 8/13/2020 | Payment | | $9,000.00 | | $184,500.00 |
| 8/13/2020 | Payment | | $10,460.00 | | $174,040.00 |
| 8/20/2020 | Payment | | $9,000.00 | | $165,040.00 |
| 8/20/2020 | Payment | | $9,000.00 | | $156,040.00 |
| 8/20/2020 | Payment | | $10,460.00 | | $145,580.00 |
| 8/27/2020 | Payment | | $9,000.00 | | $136,580.00 |
| 8/27/2020 | Payment | | $9,000.00 | | $127,580.00 |
| 8/27/2020 | Payment | | $10,460.00 | | $117,120.00 |
| 8/31/2020 | Payment | | $3,385.00 | | $113,735.00 |
| 9/3/2020 | Payment | | $9,000.00 | | $104,735.00 |
| 9/3/2020 | Payment | | $9,000.00 | | $95,735.00 |
| 9/3/2020 | Payment | | $10,460.00 | | $85,275.00 |
| 9/11/2020 | Payment | | $9,000.00 | | $76,275.00 |
| 9/11/2020 | Payment | | $9,000.00 | | $67,275.00 |
| 9/11/2020 | Payment | | $10,460.00 | | $56,815.00 |
| 9/17/2020 | Payment | | $9,000.00 | | $47,815.00 |
| 9/17/2020 | Payment | | $9,000.00 | | $38,815.00 |
| 9/17/2020 | Payment | | $10,460.00 | | $28,355.00 |
| 9/24/2020 | Payment | | $9,000.00 | | $19,355.00 |
| 9/24/2020 | Payment | | $9,000.00 | | $10,355.00 |
| 9/24/2020 | Payment | | $10,355.00 | | $0.00 |



| Date | Description | Credit | Debit | Returns | Running Balance |
|---|---|---|---|---|---|
| 12/31/2020 | Invoice #INV24967 | $607,500.00 | | | $607,500.00 |
| 1/14/2021 | Payment | | $10,000.00 | | $597,500.00 |
| 1/14/2021 | Payment | | $8,995.00 | | $588,505.00 |
| 1/15/2021 | Payment | | $8,995.00 | | $579,510.00 |
| 1/22/2021 | Payment | | $10,000.00 | | $569,510.00 |
| 1/28/2021 | Payment | | $8,995.00 | | $560,515.00 |
| 1/28/2021 | Payment | | $10,000.00 | | $550,515.00 |
| 2/4/2021 | Payment | | $10,000.00 | | $540,515.00 |
| 2/4/2021 | Payment | | $8,995.00 | | $531,520.00 |
| 2/11/2021 | Payment | | $10,000.00 | | $521,520.00 |
| 2/11/2021 | Payment | | $8,995.00 | | $512,525.00 |
| 2/19/2021 | Payment | | $10,000.00 | | $502,525.00 |
| 2/19/2021 | Payment | | $8,995.00 | | $493,530.00 |
| 2/25/2021 | Payment | | $10,000.00 | | $483,530.00 |
| 2/25/2021 | Payment | | $8,995.00 | | $474,535.00 |
| 3/4/2021 | Payment | | $10,000.00 | | $464,535.00 |
| 3/4/2021 | Payment | | $8,995.00 | | $455,540.00 |
| 3/11/2021 | Payment | | $10,000.00 | | $445,540.00 |
| 3/11/2021 | Payment | | $8,995.00 | | $436,545.00 |
| 3/18/2021 | Payment | | $10,000.00 | | $426,545.00 |
| 3/18/2021 | Payment | | $8,995.00 | | $417,550.00 |
| 3/25/2021 | Payment | | $10,000.00 | | $407,550.00 |
| 3/25/2021 | Payment | | $8,995.00 | | $398,555.00 |
| 4/1/2021 | Payment | | $10,000.00 | | $388,555.00 |
| 4/1/2021 | Payment | | $8,995.00 | | $379,560.00 |
| 4/8/2021 | Payment | | $10,000.00 | | $369,560.00 |
| 4/8/2021 | Payment | | $8,995.00 | | $360,565.00 |
| 4/15/2021 | Payment | | $10,000.00 | | $350,565.00 |
| 4/15/2021 | Payment | | $8,995.00 | | $341,570.00 |
| 4/22/2021 | Payment | | $10,000.00 | | $331,570.00 |
| 4/22/2021 | Payment | | $8,995.00 | | $322,575.00 |
| 4/29/2021 | Payment | | $10,000.00 | | $312,575.00 |
| 4/29/2021 | Payment | | $8,995.00 | | $303,580.00 |
| 5/6/2021 | Payment | | $10,000.00 | | $293,580.00 |
| 5/6/2021 | Payment | | $12,000.00 | | $281,580.00 |
| 5/13/2021 | Payment | | $10,000.00 | | $271,580.00 |
| 5/13/2021 | Payment | | $12,000.00 | | $259,580.00 |
| 5/20/2021 | Payment | | $10,000.00 | | $249,580.00 |
| 5/20/2021 | Payment | | $12,000.00 | | $237,580.00 |
| 5/27/2021 | Payment | | $10,000.00 | | $227,580.00 |
| 5/27/2021 | Payment | | $12,000.00 | | $215,580.00 |
| 6/4/2021 | Payment | | $10,000.00 | | $205,580.00 |
| 6/4/2021 | Payment | | $12,000.00 | | $193,580.00 |
| 6/10/2021 | Payment | | $10,000.00 | | $183,580.00 |
| 6/10/2021 | Payment | | $12,000.00 | | $171,580.00 |
| 6/17/2021 | Payment | | $10,000.00 | | $161,580.00 |
| 6/17/2021 | Payment | | $12,000.00 | | $149,580.00 |
| 6/24/2021 | Payment | | $10,000.00 | | $139,580.00 |



| Date | Description | Credit | Debit | Returns | Running Balance |
|---|---|---|---|---|---|
| 6/24/2021 | Payment | | $12,000.00 | | $127,580.00 |
| 7/1/2021 | Payment | | $10,000.00 | | $117,580.00 |
| 7/1/2021 | Payment | | $12,000.00 | | $105,580.00 |
| 7/9/2021 | Payment | | $10,000.00 | | $95,580.00 |
| 7/9/2021 | Payment | | $12,000.00 | | $83,580.00 |
| 7/15/2021 | Payment | | $10,000.00 | | $73,580.00 |
| 7/15/2021 | Payment | | $12,000.00 | | $61,580.00 |
| 7/22/2021 | Payment | | $15,000.00 | | $46,580.00 |
| 7/22/2021 | Payment | | $13,000.00 | | $33,580.00 |
| 7/29/2021 | Payment | | $15,000.00 | | $18,580.00 |
| 7/29/2021 | Payment | | $13,000.00 | | $5,580.00 |
| 8/5/2021 | Payment | | $5,580.00 | | $0.00 |



**CFG-000115**

1/5/2026

| Date | Description | Credit | Debit | Returns | Running Balance |
|---|---|---|---|---|---|
| 4/21/2021 | Invoice #INV27546 | $337,500.00 | | | $337,500.00 |
| 8/12/2021 | Payment | | $15,000.00 | | $322,500.00 |
| 8/12/2021 | Payment | | $13,000.00 | | $309,500.00 |
| 8/18/2021 | Payment | | $22,420.00 | | $287,080.00 |
| 8/19/2021 | Payment | | $15,000.00 | | $272,080.00 |
| 8/19/2021 | Payment | | $13,000.00 | | $259,080.00 |
| 8/26/2021 | Payment | | $15,000.00 | | $244,080.00 |
| 8/26/2021 | Payment | | $13,000.00 | | $231,080.00 |
| 9/2/2021 | Payment | | $15,000.00 | | $216,080.00 |
| 9/2/2021 | Payment | | $13,000.00 | | $203,080.00 |
| 9/10/2021 | Payment | | $15,000.00 | | $188,080.00 |
| 9/10/2021 | Payment | | $13,000.00 | | $175,080.00 |
| 9/16/2021 | Payment | | $15,000.00 | | $160,080.00 |
| 9/16/2021 | Payment | | $13,000.00 | | $147,080.00 |
| 9/23/2021 | Payment | | $15,000.00 | | $132,080.00 |
| 9/23/2021 | Payment | | $13,000.00 | | $119,080.00 |
| 9/30/2021 | Payment | | $15,000.00 | | $104,080.00 |
| 9/30/2021 | Payment | | $13,000.00 | | $91,080.00 |
| 10/7/2021 | Payment | | $15,000.00 | | $76,080.00 |
| 10/7/2021 | Payment | | $13,000.00 | | $63,080.00 |
| 10/15/2021 | Payment | | $15,000.00 | | $48,080.00 |
| 10/15/2021 | Payment | | $13,000.00 | | $35,080.00 |
| 10/21/2021 | Payment | | $15,000.00 | | $20,080.00 |
| 10/21/2021 | Payment | | $13,000.00 | | $7,080.00 |
| 10/28/2021 | Payment | | $7,080.00 | | $0.00 |

**CFG-000116**

1/5/2026



| Date | Description | Credit | Debit | Returns | Running Balance |
|---|---|---|---|---|---|
| 7/9/2021 | Invoice #INV29845 | $675,000.00 | | | $675,000.00 |
| 10/29/2021 | Payment | | $20,920.00 | | $654,080.00 |
| 11/4/2021 | Payment | | $15,000.00 | | $639,080.00 |
| 11/4/2021 | Payment | | $13,000.00 | | $626,080.00 |
| 11/12/2021 | Payment | | $15,000.00 | | $611,080.00 |
| 11/12/2021 | Payment | | $13,000.00 | | $598,080.00 |
| 11/18/2021 | Payment | | $15,000.00 | | $583,080.00 |
| 11/18/2021 | Payment | | $13,000.00 | | $570,080.00 |
| 11/26/2021 | Payment | | $15,000.00 | | $555,080.00 |
| 11/26/2021 | Payment | | $13,000.00 | | $542,080.00 |
| 12/2/2021 | Payment | | $15,000.00 | | $527,080.00 |
| 12/2/2021 | Payment | | $13,000.00 | | $514,080.00 |
| 12/9/2021 | Payment | | $15,000.00 | | $499,080.00 |
| 12/9/2021 | Payment | | $13,000.00 | | $486,080.00 |
| 12/16/2021 | Payment | | $15,000.00 | | $471,080.00 |
| 12/16/2021 | Payment | | $13,000.00 | | $458,080.00 |
| 12/23/2021 | Payment | | $15,000.00 | | $443,080.00 |
| 12/23/2021 | Payment | | $13,000.00 | | $430,080.00 |
| 12/30/2021 | Payment | | $15,000.00 | | $415,080.00 |
| 12/30/2021 | Payment | | $13,000.00 | | $402,080.00 |
| 1/6/2022 | Payment | | $15,000.00 | | $387,080.00 |
| 1/6/2022 | Payment | | $13,000.00 | | $374,080.00 |
| 1/13/2022 | Payment | | $15,000.00 | | $359,080.00 |
| 1/13/2022 | Payment | | $13,000.00 | | $346,080.00 |
| 1/21/2022 | Payment | | $15,000.00 | | $331,080.00 |
| 1/21/2022 | Payment | | $13,000.00 | | $318,080.00 |
| 1/27/2022 | Payment | | $15,000.00 | | $303,080.00 |
| 1/27/2022 | Payment | | $13,000.00 | | $290,080.00 |
| 2/3/2022 | Payment | | $15,000.00 | | $275,080.00 |
| 2/3/2022 | Payment | | $13,000.00 | | $262,080.00 |
| 2/10/2022 | Payment | | $15,000.00 | | $247,080.00 |
| 2/10/2022 | Payment | | $13,000.00 | | $234,080.00 |
| 2/15/2022 | Credit Memo | | $234,080.00 | | $0.00 |



**CFG-000117**

1/5/2026

| Date | Description | Credit | Debit | Returns | Running Balance |
|---|---|---|---|---|---|
| 11/5/2021 | Invoice #INV33604 | $405,000.00 | | | $405,000.00 |
| 2/17/2022 | Payment | | $15,000.00 | | $390,000.00 |
| 2/17/2022 | Payment | | $13,000.00 | | $377,000.00 |
| 2/25/2022 | Payment | | $15,000.00 | | $362,000.00 |
| 2/25/2022 | Payment | | $13,000.00 | | $349,000.00 |
| 3/3/2022 | Payment | | $15,000.00 | | $334,000.00 |
| 3/3/2022 | Payment | | $24,000.00 | | $310,000.00 |
| 3/10/2022 | Payment | | $15,000.00 | | $295,000.00 |
| 3/10/2022 | Payment | | $24,000.00 | | $271,000.00 |
| 3/17/2022 | Payment | | $15,000.00 | | $256,000.00 |
| 3/17/2022 | Payment | | $24,000.00 | | $232,000.00 |
| 3/24/2022 | Payment | | $15,000.00 | | $217,000.00 |
| 3/24/2022 | Payment | | $24,000.00 | | $193,000.00 |
| 3/31/2022 | Payment | | $15,000.00 | | $178,000.00 |
| 3/31/2022 | Payment | | $24,000.00 | | $154,000.00 |
| 4/7/2022 | Payment | | $15,000.00 | | $139,000.00 |
| 4/7/2022 | Payment | | $24,000.00 | | $115,000.00 |
| 4/7/2022 | Credit Memo | | $115,000.00 | | $0.00 |



**CFG-000118**

1/5/2026

| Date | Description | Credit | Debit | Returns | Running Balance |
|---|---|---|---|---|---|
| 2/15/2022 | Invoice #INV36766 | $700,000.00 | | | $700,000.00 |
| 4/14/2022 | Payment | | $15,000.00 | | $685,000.00 |
| 4/14/2022 | Payment | | $24,000.00 | | $661,000.00 |
| 4/21/2022 | Payment | | $15,000.00 | | $646,000.00 |
| 4/28/2022 | Payment | | $24,000.00 | | $622,000.00 |
| 4/28/2022 | Payment | | $15,000.00 | | $607,000.00 |
| 5/5/2022 | Payment | | $15,000.00 | | $592,000.00 |
| 5/5/2022 | Payment | | $24,000.00 | | $568,000.00 |
| 5/12/2022 | Payment | | $15,000.00 | | $553,000.00 |
| 5/12/2022 | Payment | | $24,000.00 | | $529,000.00 |
| 5/19/2022 | Payment | | $15,000.00 | | $514,000.00 |
| 5/19/2022 | Payment | | $24,000.00 | | $490,000.00 |
| 5/26/2022 | Payment | | $15,000.00 | | $475,000.00 |
| 5/26/2022 | Payment | | $24,000.00 | | $451,000.00 |
| 6/3/2022 | Payment | | $15,000.00 | | $436,000.00 |
| 6/3/2022 | Payment | | $24,000.00 | | $412,000.00 |
| 6/9/2022 | Payment | | $15,000.00 | | $397,000.00 |
| 6/9/2022 | Payment | | $24,000.00 | | $373,000.00 |
| 6/16/2022 | Payment | | $15,000.00 | | $358,000.00 |
| 6/16/2022 | Payment | | $24,000.00 | | $334,000.00 |
| 6/24/2022 | Payment | | $15,000.00 | | $319,000.00 |
| 6/24/2022 | Payment | | $24,000.00 | | $295,000.00 |
| 6/30/2022 | Payment | | $15,000.00 | | $280,000.00 |
| 6/30/2022 | Payment | | $24,000.00 | | $256,000.00 |
| 7/8/2022 | Payment | | $15,000.00 | | $241,000.00 |
| 7/8/2022 | Payment | | $24,000.00 | | $217,000.00 |
| 7/14/2022 | Payment | | $15,000.00 | | $202,000.00 |
| 7/14/2022 | Payment | | $24,000.00 | | $178,000.00 |
| 7/21/2022 | Payment | | $15,000.00 | | $163,000.00 |
| 7/21/2022 | Payment | | $24,000.00 | | $139,000.00 |
| 7/28/2022 | Payment | | $15,000.00 | | $124,000.00 |
| 7/28/2022 | Payment | | $24,000.00 | | $100,000.00 |
| 8/2/2022 | Credit Memo | | $100,000.00 | | $0.00 |



| Date | Description | Credit | Debit | Returns | Running Balance |
|---|---|---|---|---|---|
| 4/7/2022 | Invoice #INV38605 | $420,000.00 | | | $420,000.00 |
| 8/4/2022 | Payment | | $15,000.00 | | $405,000.00 |
| 8/4/2022 | Payment | | $24,000.00 | | $381,000.00 |
| 8/11/2022 | Payment | | $24,000.00 | | $357,000.00 |
| 8/11/2022 | Payment | | $18,000.00 | | $339,000.00 |
| 8/18/2022 | Payment | | $18,000.00 | | $321,000.00 |
| 8/18/2022 | Payment | | $24,000.00 | | $297,000.00 |
| 8/25/2022 | Payment | | $18,000.00 | | $279,000.00 |
| 8/25/2022 | Payment | | $24,000.00 | | $255,000.00 |
| 9/1/2022 | Payment | | $18,000.00 | | $237,000.00 |
| 9/1/2022 | Payment | | $24,000.00 | | $213,000.00 |
| 9/9/2022 | Payment | | $24,000.00 | | $189,000.00 |
| 9/9/2022 | Payment | | $18,000.00 | | $171,000.00 |
| 9/15/2022 | Payment | | $18,000.00 | | $153,000.00 |
| 9/15/2022 | Payment | | $24,000.00 | | $129,000.00 |
| 9/22/2022 | Payment | | $18,000.00 | | $111,000.00 |
| 9/22/2022 | Payment | | $24,000.00 | | $87,000.00 |
| 9/29/2022 | Payment | | $24,000.00 | | $63,000.00 |
| 9/29/2022 | Payment | | $18,000.00 | | $45,000.00 |
| 10/6/2022 | Payment | | $18,000.00 | | $27,000.00 |
| 10/6/2022 | Payment | | $24,000.00 | | $3,000.00 |
| 10/14/2022 | Payment | | $3,000.00 | | $0.00 |

**CFG-000120**

1/5/2026



| Date | Description | Credit | Debit | Returns | Running Balance |
|---|---|---|---|---|---|
| 8/2/2022 | Invoice #INV43036 | $847,000.00 | | | $847,000.00 |
| 10/14/2022 | Payment | | $18,000.00 | | $829,000.00 |
| 10/20/2022 | Payment | | $24,000.00 | | $805,000.00 |
| 10/20/2022 | Payment | | $18,000.00 | | $787,000.00 |
| 10/20/2022 | Payment | | $21,000.00 | | $766,000.00 |
| 10/27/2022 | Payment | | $18,000.00 | | $748,000.00 |
| 10/27/2022 | Payment | | $24,000.00 | | $724,000.00 |
| 11/3/2022 | Payment | | $18,000.00 | | $706,000.00 |
| 11/3/2022 | Payment | | $24,000.00 | | $682,000.00 |
| 11/10/2022 | Payment | | $24,000.00 | | $658,000.00 |
| 11/10/2022 | Payment | | $18,000.00 | | $640,000.00 |
| 11/18/2022 | Payment | | $18,000.00 | | $622,000.00 |
| 11/18/2022 | Payment | | $24,000.00 | | $598,000.00 |
| 11/25/2022 | Payment | | $18,000.00 | | $580,000.00 |
| 11/25/2022 | Payment | | $24,000.00 | | $556,000.00 |
| 12/1/2022 | Payment | | $18,000.00 | | $538,000.00 |
| 12/1/2022 | Payment | | $24,000.00 | | $514,000.00 |
| 12/8/2022 | Payment | | $18,000.00 | | $496,000.00 |
| 12/8/2022 | Payment | | $24,000.00 | | $472,000.00 |
| 12/15/2022 | Payment | | $24,000.00 | | $448,000.00 |
| 12/15/2022 | Payment | | $18,000.00 | | $430,000.00 |
| 12/22/2022 | Payment | | $24,000.00 | | $406,000.00 |
| 12/22/2022 | Payment | | $18,000.00 | | $388,000.00 |
| 12/30/2022 | Payment | | $18,000.00 | | $370,000.00 |
| 12/30/2022 | Payment | | $24,000.00 | | $346,000.00 |
| 1/6/2023 | Payment | | $24,000.00 | | $322,000.00 |
| 1/6/2023 | Payment | | $18,000.00 | | $304,000.00 |
| 1/12/2023 | Payment | | $24,000.00 | | $280,000.00 |
| 1/12/2023 | Payment | | $18,000.00 | | $262,000.00 |
| 1/20/2023 | Payment | | $18,000.00 | | $244,000.00 |
| 1/20/2023 | Payment | | $24,000.00 | | $220,000.00 |
| 1/20/2023 | Credit Memo | | $220,000.00 | | $0.00 |



**CFG-000121**

1/5/2026



| Date | Description | Credit | Debit | Returns | Running Balance |
|---|---|---|---|---|---|
| 11/1/2022 | Invoice #INV46643 | $420,000.00 | | | $420,000.00 |
| 1/26/2023 | Payment | | $24,000.00 | | $396,000.00 |
| 1/26/2023 | Payment | | $18,000.00 | | $378,000.00 |
| 2/2/2023 | Payment | | $18,000.00 | | $360,000.00 |
| 2/2/2023 | Payment | | $24,000.00 | | $336,000.00 |
| 2/9/2023 | Payment | | $24,000.00 | | $312,000.00 |
| 2/9/2023 | Payment | | $18,000.00 | | $294,000.00 |
| 3/9/2023 | Payment | | $10,000.00 | | $284,000.00 |
| 3/16/2023 | Payment | | $10,000.00 | | $274,000.00 |
| 3/23/2023 | Payment | | $10,000.00 | | $264,000.00 |
| 4/17/2023 | Payment | | $3,000.00 | | $261,000.00 |
| 4/27/2023 | Payment | | $3,000.00 | | $258,000.00 |
| 5/5/2023 | Payment | | $5,000.00 | | $253,000.00 |



**CFG-000122**

1/5/2026

| Date | Description | Credit | Debit | Returns | Running Balance |
|------|-------------|--------|-------|---------|-----------------|
| 1/19/2023 | Invoice #INV49623 | $700,000.00 | | | $700,000.00 |